USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RUVIM KRUPKIN,

                        Defendant.

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for March 4, 2020, is ADJOURNED *sine die*. The parties shall appear for a change of plea hearing on **March 16, 2020**, at **3:00 p.m.**

    SO ORDERED.

Dated: March 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge