USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 659 (AT)

RUVIM KRUPKIN,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

It is hereby ORDERED that the parties shall appear for a plea hearing on **April 9, 2020**, at **1:00 p.m.**

SO ORDERED.

Dated: March 16, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge