USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 659 (AT)

RUVIM KRUPKIN,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the change of plea hearing scheduled for April 9, 2020 is ADJOURNED to **May 11, 2020**, at **3:00 p.m.**

    SO ORDERED.

Dated: April 3, 2020
       New York, New York

ANALISA TORRES
United States District Judge