UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

RUVIM KRUPKIN,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2020

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that trial is ADJOURNED from May 26, 2020 to **November 16, 2020**. The change of plea hearing scheduled for May 11, 2020 is ADJOURNED to **June 25, 2020**, at **2:00 p.m.**

      It is further ORDERED that the time until June 25, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to finalize a pretrial disposition.

      SO ORDERED.

Dated: May 6, 2020
       New York, New York

ANALISA TORRES
United States District Judge