UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

RUVIM KRUPKIN,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/12/2020_

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED the change of plea hearing scheduled for June 25, 2020 is ADJOURNED to **September 15, 2020**, at **11:00 a.m.**

    It is further ORDERED that the time until September 15, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to finalize a pretrial disposition.

    SO ORDERED.

Dated: June 12, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge