UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

RUVIM KRUPKIN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the change of plea hearing originally scheduled for September 15, 2020, at 12:00 p.m., is ADJOURNED to **September 21, 2020**, at **2:30 p.m**.

As ordered by the Court on September 4, 2020, *see* ECF No. 25, the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 917-933-2166 and using access code 843205200#.

In advance of the conference, chambers will email the parties with further information on how to access the conference. A link to access the hearing will be provided directly to the parties. Participants are directed to test their videoconference setup in advance of the hearing— including their ability to access the link provided.

If the videoconferencing platform does not work well enough and the Court decides to transition to its teleconference line, counsel should call **(888) 398-2342** or **(215) 861-0674** and use access code **5598827**.

SO ORDERED.

Dated: September 15, 2020
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge