UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

RUVIM KRUPKIN,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/21/2020

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that, on the request of defense counsel, the change of plea hearing scheduled for September 21, 2020, at 2:30 p.m., is ADJOURNED to **September 24, 2020**, at **2:30 p.m**.

    As ordered by the Court on September 4, 2020, ECF No. 25, the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **917-933-2166** and using access code **843205200#**.

    In advance of the conference, chambers will email the parties with further information on how to access the conference.  A link to access the hearing will be provided directly to the parties.  Participants are directed to test their videoconference setup in advance of the hearing— including their ability to access the link provided.

    If the videoconferencing platform does not work well enough and the Court decides to transition to its teleconference line, counsel should call **(888) 398-2342** or **(215) 861-0674** and use access code **5598827**.

    It is further ORDERED that the time between September 15, 2020, and September 24, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of

justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendant in a speedy trial, because it will allow the parties time to prepare for the change of plea hearing, and allow the Court to conduct a remote proceeding consistent with public safety.

    SO ORDERED.

Dated: September 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge