UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RUVIM KRUPKIN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/24/2021_

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's letter at ECF No. 39. The Court is not conducting in-person proceedings at this time. Accordingly, the sentencing scheduled for March 1, 2021, is ADJOURNED to **March 10, 2021**, at **1:00 p.m**. By **March 2, 2021**, Defendant shall file a letter on the docket indicating whether Defendant consents to a sentencing hearing conducted via videoconference. If Defendant intends to proceed with the videoconference sentencing scheduled for March 10, 2021, the Government's sentencing submissions are due by **March 3, 2021**.

    SO ORDERED.

Dated: February 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge