UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2021
```

UNITED STATES OF AMERICA,

-against-

RUVIM KRUPKIN,

                      Defendant.

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Upon application from defense counsel, the sentencing scheduled for March 10, 2021, is ADJOURNED *sine die*. By **April 2, 2021**, Defendant shall file a letter on the docket indicating whether Defendant consents to a sentencing hearing conducted via videoconference.

    SO ORDERED.

Dated: March 1, 2021
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge