```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

RUVIM KRUPKIN,

                 Defendant.

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant shall be remanded to the custody of the United States Marshals.

SO ORDERED.

Dated: September 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge