```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/26/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

RUVIM KRUPKIN,

                Defendant.

19 Cr. 659 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 20, 2021, Defendant, Ruvim Krupkin, was sentenced to a term of imprisonment of 120 months after pleading guilty to conspiracy to distribute and possess with intent to distribute oxycodone in violation of 21 U.S.C. §§ 841(b)(1), 846. ECF No. 51. Defendant's sentencing guidelines range was 108 to 135 months based on an offense level of 31 and a criminal history category of I. ECF No. 53 at 6:21-23. The Bureau of Prisons currently projects that Defendant will be released from prison on May 16, 2029. ECF No. 59.

    Effective November 1, 2023, in its Amendment 821, the United States Sentencing Commission ("Sentencing Commission") amended the United States Sentencing Guidelines Manual. As relevant here, Part B amends Guidelines § 4C1.1, by providing a 2-level offense level reduction for offenders with zero (0) criminal history points who meet specified eligibility criteria. The Sentencing Commission made these amendments retroactive effective November 1, 2023.

    On April 25, 2024, Defendant moved for a sentence reduction. ECF Nos. 61–62. The Probation Department has issued a report indicating that Defendant is eligible for a reduction pursuant to Amendment 821. ECF No. 59 at 3.

    Accordingly, by **May 17, 2024**, the Government shall state its position as to Defendant's motion. By **May 31, 2024**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: April 26, 2024
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge