

U.S. Depart

United States
Southern Dis

The Jacob K. Javits
26 Federal Plaza,
New York, New Yor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/20/2024__

May 17, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ruvim Krupkin*,
            **19 Cr. 659 (AT)**

Dear Judge Torres:

    The Government respectfully writes, with the consent of defense counsel, to request a two week extension of time to respond to the defendant's motion for a sentence reduction. The reason for this request is that the undersigned attorney for the Government is participating in a trial in the Southern District of New York and has been unable to evaluate the defendant's motion. The Government has conferred with defense counsel and he consents to this request.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

                By:  _s/_____
                      Alexandra Rothman
                      Assistant United States Attorney
                      Tel.: (212) 637-2580

Cc: Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

Dated: May 20, 2024
       New York, New York

                            _____
                            ANALISA TORRES
                            United States District Judge